# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**AUDREY MARIE DOTSON**, *in her personal capacity and in her capacity as the personal representative of the Estate of Brandon Clay Dotson,* and **AUDREY SOUTH**, *in her personal capacity and in her capacity as the personal representative of the Estate of Brandon Clay Dotson (AIS: 209140)*

    *Plaintiffs,*

v.

**ALABAMA DEPARTMENT OF CORRECTIONS, JOHN Q. HAMM,** *in his individual and official capacities,* **GREG LOVELACE,** *in his individual capacity,* **KAREN WILLIAMS,** *in her individual capacity,* **FICTITIOUS DEFENDANT A,** *the ADOC Division Director responsible for the operation of Ventress Correctional Facility, in their individual capacity,* **SUPERVISING OFFICERS 1-10,** *in their individual capacities,* **CORRECTIONAL OFFICERS 1-10,** *in their individual capacities,* **CHS AL, LLC d/b/a YESCARE, YESCARE MEDICAL STAFF 1-10,** *in their individual capacities,* **ALABAMA DEPARTMENT OF FORENSIC SCIENCES, ANGELO DELLA MANNA,** *in his individual and official capacities,* **UNIVERSITY OF ALABAMA SYSTEM, UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATION, P.C., UNIVERSITY OF ALABAMA AT BIRMINGHAM HEERSINK SCHOOL OF MEDICINE, UNIVERSITY OF ALABAMA AT BIRMINGHAM HEALTH SYSTEM,** and **UAB DEFENDANTS 1-20.**

    *Defendants.*

CASE NO.: _____

# MOTION FOR A TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION
# BY PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Audrey Dotson and Audrey South, in their personal capacity, and as personal representative of the Estate of Brandon Dotson (the "Plaintiffs") apply for the issuance of a temporary restraining and preliminary injunction against Defendants in their official capacity on behalf of the Alabama Department of Corrections ("ADOC").

Plaintiffs request that the Court enjoins Defendant as follows:

a. Prevent ADOC from retaining the remains of Plaintiffs' loved one Brandon Dotson, and order their immediate return to Plaintiffs;

b. Require that all tissues or organs obtained by Defendants without consent from the patient or their family should be returned to family members, or, if not possible, they should be cremated and interred properly;

c. Determine that if organs are disconnected from their records (and thus not possible to prove they were obtained with consent), they should be considered obtained without consent.

Submitted this 7th day of December, 2023.

*/s/ Lauren Faraino*
Lauren Faraino
Attorney for Plaintiffs

**OF COUNSEL:**
Lauren Faraino (ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Lane
Birmingham, AL 35216
T: 205.737.3171
E: lauren@farainollc.com