# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUDREY MARIE DOTSON, in her personal capacity and in her capacity as the personal representative of the Estate of Brandon Clay Dotson, and AUDREY SOUTH, in her personal capacity and in her capacity as the personal representative of the Estate of Brandon Clay Dotson, AIS: 209140, <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA DEPARTMENT OF CORRECTIONS, JOHN Q. HAMM, *in his individual and official capacities,* GREG LOVELACE, *in his individual capacity,* KAREN WILLIAMS, *in her individual capacity,* FICTITIOUS DEFENDANT A, *the ADOC Division Director responsible for the operation of Ventress Correctional Facility, in their individual capacity,* SUPERVISING OFFICERS 1-10, *in their individual capacities,* CORRECTIONAL OFFICERS 1-10, *in their individual capacities,* CHS AL, LLC d/b/a YESCARE, YESCARE MEDICAL STAFF 1-10, *in their individual capacities,* ALABAMA DEPARTMENT OF FORENSIC SCIENCES, ANGELO DELLA MANNA, *in his individual and official capacities,* UNIVERSITY OF ALABAMA SYSTEM, UNIVERSITY | CASE NO.: 2:23-cv-01657-MHH |

| | |
|---|---|
| OF ALABAMA HEALTH SERVICES FOUNDATION, P.C., UNIVERSITY OF ALABAMA AT BIRMINGHAM HEERSINK SCHOOL OF MEDICINE, UNIVERSITY OF ALABAMA AT BIRMINGHAM HEALTH SYSTEM, and UAB DEFENDANTS 1-20 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW Assistant Attorney General Hunter L. Sims and gives notice of his appearance as counsel of record for Defendants Alabama Department of Corrections, John Q. Hamm, Greg Lovelace, Karen Williams, Supervising Officers 1-10, and Correctional Officers.

Respectfully submitted,

s/ Hunter L. Sims
Hunter L. Sims
  *Assistant Attorney General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Hunter.Sims@AlabamaAG.gov

***Counsel for Defendants Alabama Department of Corrections, John Q. Hamm, Greg Lovelace, Karen Williams, Supervising Officers 1-10, Correctional Officers***

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2023 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of the Court via CM/ECF which will send a copy to the following counsel of record:

Lauren Faraino
FARAINO LLC
2647 Rocky Ridge Lane
Vestavia Hills, AL 35216
lauren@farainollc.com

                                                           /s Hunter L. Sims
                                                           *Of counsel*