# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AUDREY MARIE DOTSON, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:23-cv-01657-MHH |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA AND THE UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATION, P.C. MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants The Board of Trustees of The University of Alabama (the "Board") (incorrectly named as University of Alabama System and University of Alabama at Birmingham Heersink School of Medicine), and University of Alabama Health Services Foundation ("HSF") (collectively the "UAB Defendants") and pursuant to Fed. R. Civ. P. 56 submit this Motion for Summary Judgment.  The Board and HSF also submit contemporaneously a Brief in Support of Motion for Summary Judgment.  For the reasons stated therein, Defendants are entitled to judgment as a matter of law.

Respectfully submitted:

/s/ Spencer A. Kinderman
Spencer A. Kinderman (ASB-3831-D59S)
skinderman@uasystem.edu

/s/ David R. Mellon
David R. Mellon (ASB-2493-L73D)
drmellon@uasystem.edu

Attorneys for The Board of Trustees of The University of Alabama (incorrectly named as University of Alabama System and University of Alabama at Birmingham Heersink School of Medicine), and University of Alabama Health Services Foundation, P.C.

**OF COUNSEL:**
**THE UNIVERSITY OF ALABAMA SYSTEM**
**UAB OFFICE OF COUNSEL**
1720 2nd Avenue South, Suite AB 820
Birmingham, AL 35294-0108
(205) 934-3929

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of December, 2023, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF filing system and thereby distributed to all counsel of record via electronic mail.

/s/ David R. Mellon
Of Counsel