# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUDREY MARIE DOTSON, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:23-cv-01657-MHH |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUDREY MARIE DOTSON, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-01657-MHH |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DR. PAUL V. BENSON

I, Dr. Paul V. Benson, declare as follows:

1. My name is Paul V. Benson and I am a board certified forensic pathologist licensed to practice medicine in Alabama.

2. I am above the age of 18 and of sound mind, and competent to make this statement. This declaration is based on my personal knowledge.

3. I have been employed by The Board of Trustees of The University of Alabama (the "Board" or "UAB Hospital") and The University of Alabama Health Services Foundation, P.C. ("HSF") since June 1, 2019.

4. I am associate professor in the Department of Pathology Anatomic Pathology, Autopsy Section at UAB Hospital. I was appointed Section Head of the UAB Autopsy Section in April, 2020.

5. My position requires me to manage the day-to-day operations of the UAB autopsy service and provide medical supervision of the service. This includes overseeing all autopsies that the UAB Autopsy Service may be asked to perform on deceased Alabama prison inmates pursuant to an agreement the Board has with the Alabama Department of Corrections.

6. I have reviewed the Complaint filed by the Plaintiff in this case. The Plaintiff alleges in Paragraph 64a "The UAB Division of Autopsy is contracted by the Department of Corrections to perform autopsies on incarcerated individuals who die in state custody." That is a true statement, however it is made without context. While there is such an agreement, neither the UAB Division of Autopsy, UAB Hospital, the Board, nor HSF perform *every* autopsy of a prison inmate. The Alabama Department of Corrections has complete discretion on whether to send a body to the UAB Division of Autopsy for an autopsy. There are reasons why the UAB Division of Autopsy may not be asked or required by the Alabama Department of Corrections to perform an autopsy on a prison inmate. For example, in cases of suicide, suspected suicide, or suspected foul play the Alabama Department of Corrections does not send prisoner bodies to the UAB Division of Autopsy for autopsy.

7. An example of where the Alabama Department of Corrections exercised its discretion on whether to have the UAB Division of Autopsy perform an autopsy is with Brandon Clay Dotson. In the case of Brandon Clay Dotson the Alabama Department of Corrections chose not to have the UAB Division of Autopsy perform an autopsy.

8. Through my direct and thorough examination of medical records, our electronic health information system and our retained diagnostic, research and teaching specimens I declare that the Board (which includes The University of Alabama System and The University of Alabama at Birmingham Heersink School of Medicine) and HSF:

- did not perform, and were not requested to perform, an autopsy or any examination on the body of Brandon Clay Dotson;
- were never in possession of the body of Brandon Clay Dotson for autopsy or any other purpose at any time; and

2

- never received and do not currently possess any tissue, organs, or record of any autopsy or examination performed by UAB Autopsy Service on the body of Brandon Clay Dotson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023, in Birmingham, Alabama.

_____
Dr. Paul V. Benson