# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUDREY MARIE DOTSON, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-01657-MHH |
| | ) |
| **ALABAMA DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# EXHIBIT 2




# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

**KAY IVEY**
GOVERNOR

**JOHN Q. HAMM**
COMMISSIONER

December 21, 2023

**VIA ELECTRONIC MAIL ONLY**
David R. Mellon, Esq.
UNIVERSITY OF ALABAMA SYSTEM
701 20th Street South, Suite 820
Birmingham, Alabama 35233
drmellon@uasystem.edu

Re: *Dotson v. Ala. Dep't of Corr.*, 2:23-cv-01657-MHH (N.D. Ala. 2023)

Dear Mr. Mellon:

Pursuant to your request, please allow this letter to serve as official notice that Alabama Department of Corrections ("ADOC") did not send the body of inmate Brandon Clay Dotson (AIS #209140) for an autopsy to be conducted by either (a) University of Alabama System; (b) University of Alabama Health Services Foundation; (c) University of Alabama at Birmingham Heersink School of Medicine; or (d) University of Alabama at Birmingham Health System (collectively "UAB").

Additionally, please allow this letter to also serve as official notice that the Autopsy Service Agreement between UAB and ADOC does not currently specify whether ADOC may send the bodies of inmates, whose suspected cause of death is either suicide or homicide, for an autopsy to be conducted by UAB. However, ADOC can confirm that it is its standard practice to send the bodies of those inmates for an autopsy to be conducted by the Alabama Department of Forensic Sciences ("ADFS") and not UAB.

Sincerely,

Mary-Coleman M. Roberts
General Counsel
ALABAMA DEPARTMENT OF CORRECTIONS