FILED
2024 Jan-03  PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT A**

# UAB Division of Autopsy:
## Ethical Considerations on Organ Use from Incarcerated Individuals

# Introduction

I.   Violation of Justice

II.   Rights of Prisoners

III.   Rights of the Deceased

IV.   UAB's Obligation

V.   Future Organ Use

VI.   Our Proposal

# Violation of Justice in Research and Education

- All research has risks and benefits

- The principles of justice and beneficence dictate that these benefits and risks must be distributed equally.

- What are the potential risks incarcerated patients and their families experience by participating (non-consensually) in the Division of Autopsy's research and education?

- **What are the potential benefits? Can patients of this class actually access these benefits?**

# An Asymmetric Distribution of Study

- Prisoners have a long standing categorization as protected class (e.g. Fry, 1986; Fuller & Eves, 2017)

- Not every autopsy has retained tissue. Often, per their own admission, they retain tissue from incarcerated persons' remains because of the florid pathology present, which is useful for education.

- Fry (1986) notes: "Prison practices that single out inmates for dissection merely because they happen to die in prison lack the requisite rationality required by the equal protection clause."

- In summary, being disproportionately studied because of your status as a prisoner violates legal statutes and norms.

# General Benefits in General Population

- Biomedical research generally, and pathological determination of cause of death specifically, provide socially actionable information for disease prevention.

- Tsujimura-Ito (2014) note in the following examples
  - "… a rare brain sample that was exposed to sarin…has been used in the development of new examination techniques…enhancing ability to identify the cause of death.

  - "…an autopsy report on pseudo-Bartter's syndrome in a woman who ingested seven diet pills daily for a week  encouraged the Ministry of Health to issue a warning on the risks involved in taking these pills…information obtained from such samples is very beneficial for the public.

  - "Therefore, the authors believe that human samples should be considered as shared human assets to be used **for the benefit of all**." (emphasis ours)

# Education Benefits the General Population

- However, the benefits of this research are not distributed equally to incarcerated individuals.
  - "These reviews found that, as a result of these challenges, BOP [Federal Bureau of Prisons] had agency-wide staffing shortages...For example, as of June 2017, **only 82 percent of BOP's authorized medical positions were filled.**" (*GAO-18-147*)
  - Because of **physician shortage**, the Supreme Court recently mandated release of 37,000 incarcerated individuals (Supreme Court Ruling 563. (2011). U.S. No. 09-1233.)



**Figure 4: Bureau of Prisons' (BOP) Retention Incentive Expenditures by Groups of Occupations, Fiscal Years 2012 through 2016**

Dollars (in millions)

Fiscal year

- - - Other occupations such as psychology aid and technicians, correctional institution administrators, cooks, maintenance mechanics, among others
······· Correctional officers
—— Medical professionals

Source: GAO analysis of BOP retention incentive data. | GAO-18-147

# General Benefits in Incarcerated Populations

- Our (data-driven) position is as follows:
  - The benefits of research and education  will not be distributed to this class in the absence of explicit commitment to advocacy and outreach.

- Prison care is not comparable to general population care, and as such, they do not access these benefits

- Van Assche (2015) note, "A first criticism challenges the public good status attributed to biomedical knowledge on the grounds **that disadvantaged groups have no (or limited) access to healthcare**…access to the results of biomedical research also depends on…one's financial situation (health insurance), the availability of **preventative healthcare...**" (emphasis mine)

# Diminished Access Means Diminished Benefits

- The incarcerated population have  inconsistent healthcare access constrained by, among other factors:
    - $12-$100 copays, while making sometimes as little  $0.12/hour (reviewed by Andrews et al. *Penn Wharton Public Policy Initiative*, 2017)

- Such that, per Wilper et al (2009)
    - Between 15% and 69%  of incarcerated persons have a persistent medical problem not examined by medical personnel
    - Between 21% and 36% are not  receiving prescriptions for current medical needs

- Are these the patients that access the benefits of medical education and medical research?

# Precedent for Targeted Benefit

- Others who publish on prison autopsy explicitly identify targeted benefits as a requirement for research.
    - Wu et al, 2018, in a case report on custodial death: "We aim to provide a reference to the medical and forensic community and remind the local law enforcement agencies on the problems present within the correctional healthcare system...we also aim to increase the current knowledge and understanding on custodial deaths caused by natural diseases."

- Materially less invasive procedures (data extracted from EMR) currently also use this standard.
    - Annaheim et al (2018) note that "all data that are collected and recorded in medical files should benefit prisoners, and should not be used for any other purposes than improving their health."

# UAB Dep't of Autopsy Position on Targeted Benefits



*Am J Forensic Med Pathol* • Volume 38, Number 3, September 2017

- Explicitly noted that they do not view advocacy as being any part of their mission, whether in discharging clinical duties or in research.

- Further, they document explicitly, through their own publications, that the practice of autopsy is viewed solely through the lens of budgetary benefit
  - 23% of their yearly income comes from Dept. of Corrections autopsies
  - 29% comes from Alabama Dept of Forensic Science- Atherton 2017

**FIGURE 2.** Proportion of income generated from each contract (2006–2015).

# Targeted Benefits Left Unaddressed

- Autopsy, molecular or otherwise, provides the opportunity to disclose medically actionable findings to the family, which could prove helpful in their healthcare.

- Walker et al. 2014. "Any impetus to disclose incidental medically actionable findings was both muted by the fact that the subject would be deceased and also heightened by the fact that the family would be known to the researchers."

- UAB does not as a matter of routine perform molecular /genetic autopsy, but if they were willing in theory to establish this practice, it would only further complicate the ethics of tissue retention, because the interested parties (i.e. family members' with risk of inherited disease) have never consented to that form of autopsy (or any other), and may or may not wish to access this particular benefit.

-  For example, disclosing a Huntington's diagnosis would implicitly indicate a 50% chance of all offspring having Huntington's in the future (autosomal dominant inheritance; under assumption of single mutated copy).

# Relevant Prior Case from General Population

Does it matter why tissue is retained?

Nelkin (1998) describe the case of Los Alamos National Laboratory employee whose tissues were retained without consent, following a fully consented autopsy: Doris discovered from laboratory records that scientists had removed four kilograms of organs, bones and tissue from her husband's body without her knowledge or consent." She and her daughter, Katie Kelley Mareau, sought damages for suffering and for violation of their civil rights.'" They believed that Cecil's tissue was taken not only to learn more about the effects of radiation, but also to develop information that the laboratory could use to defend itself in potential litigation.'"

# Rights of the Deceased

- The deceased (or their family)  should have a right to decide what happens to their body after death.
  - Prison wardens should not be allowed to make this decision.
  - In the Journal of Medical Ethics publication "Bodily Rights and Human Rights", Bjoorkman (2006) describes one of the principle rights of any peoples as "**a right to determine how parts of his body, such as his kidneys, are to be used during his lifetime if he chooses to forego their use or, being dead, no longer has use for them.**"

- Lynch (2002) on consent to retain tissue in general population:
  - "..if one accepts the autopsy as a medical procedure (can such a proposition be denied?) and that families of certain cultural persuasions or perhaps of any background) might attach specific significance to the retention of tissue at autopsy, then perhaps the provision of quite **specific and detailed information is necessary in order to ensure a consent for autopsy is truly informed and, thus, valid.**"

# Rights of the Deceased - Consent to Post-Mortem Tissue Retention-Incarcerated Population

- Have incarcerated persons waived their right to participate in post-mortem research and education?
- If they had, this research would be considered part of their punishment, but it is not:
- Fry (1986) on insufficient justification to study post-mortem tissue:
  - "While the **purpose of penal sanctions is to punish**, the obvious **purpose of allowing non-consented experimentation on the remains of prisoners is to increase the availability of material for experimentation**. In the same sense that a disaster affecting the food supply would not justify starving prisoners, or a kidney shortage would not justify requiring prisoners to forfeit their kidneys, a shortage of tissue for experimentation does not justify the removal of body organs without prisoners' consent.'"
- Research and education follow the same constraints: the need for tissue cannot drive the **presumed** consent, for the reasons specified above

# Establishing Rights of the Deceased

- Ethical precedent for retainment of human organs/tissue established in UK with **Human Tissue Authority** (est. 2004)
    - Response to  academic and medical culture of removing and retaining  human tissues without consent.
    - Considered unlawful to remove, store, or use human tissue...without appropriate consent.
    - After the Post-mortem examination,

        "**If tissue samples and organs have been retained, then you should expect to be given a choice about what happens to them when they are no longer needed by the Coroner or the hospital.**"

    - Regarding anatomical and surgical skills training:

        "**People must decide, and provide written and witnessed consent before they die, if they would like to donate their bodies to medical science.**"

        www.hta.gov.uk

# Establishing Rights of the Deceased

- In order to truly maintain the rights of the deceased, systems for organ donation have to be arranged in a way that will preserve autonomous choice.
  - Bjorkman et al., 2006, states that "If there is a significant risk that a certain practice in dealing with a biological material will result in exploitation of human beings, then that practice should either be disallowed or modified so that the exploitation is brought to an end.
  - According to this principle, **systems for organ donation have to be arranged so that they leave potential donors with a real, autonomous choice.** (Bjorkman et al, 2006)

**Part 2: Retention and future use of tissue samples**

As part of a full or limited post-mortem examination tissue samples and small amounts of bodily fluids may be taken and used to determine the diagnosis and extent of the disease. Bodily fluids will usually be disposed of following a diagnosis. However, the tissue samples removed during a post-mortem examination can be stored for use in the future. The storage of the tissue samples and their later use require your consent. These samples can be valuable for the education and training of healthcare professionals, research and other purposes. Please indicate whether you consent to this:

☐ I consent to the tissue samples being stored for future use, and

☐ I consent to the tissue samples being used for the purpose of evaluating the efficacy of any drug or treatment administered to the deceased, or for review on behalf of the family if a need arises

☐ I consent to tissue samples being used for education and training relating to human health, quality assurance, public health monitoring or clinical audit

☐ I consent to the tissue samples being used for research that has been approved by an appropriate ethics committee

If you decide tissue samples should not be kept after the post-mortem examination, further diagnosis will not be possible and the tissue samples will be disposed of.

==*[See guidance note 3]*==

Signed by…………………………………....…Name……………………………………….…

**Part 3: Retention of organs for more detailed examination**

# UAB's Obligations

- UAB should be obligated to its patients, not the Department of Corrections.
  - "Our Mission: To improve the **health and well-being of society, particularly the citizens of Alabama,** by providing innovative health services of exceptional value that are patient- and family-centered, a superior environment for the education of health professionals, and support for research that advances medical science."
  - https://www.uabmedicine.org/about

- Prisoners are citizens of Alabama
  - "In cases involving prisoners, the courts presume that **the prisoner remains a citizen of the state where he was domiciled before his incarceration**, even if he is subsequently incarcerated in a different state."
  - *Hall v. Curran*, No. 09-1354  (March 24, 2010, 1st Circuit US Court of Appeals)

# UAB's Obligations, continued

- UAB should use its unique position to publish research that highlights the need for better healthcare in prisons:

  - **The University of Texas Medical Branch, 2005**
    - "Our data illustrate that the epidemiology of cancer in prison differs from that of cancers in the general U.S. population and that, overall, these cancers are associated with a high mortality...With the incarcerated population in the U.S. at its greatest numbers ever and the lengths of prison stay increasing significantly, the problems of prison oncology are unlikely to diminish in the near future. **Careful consideration may be given to the design of prison oncology programs to improve the detection and treatment of cancer and associated supportive care.**"

Mathew, P. , Elting, L. , Cooksley, C. , Owen, S. and Lin, J. (2005), Cancer in an incarcerated population. Cancer, 104: 2197-2204. doi:10.1002/cncr.21468

# UAB's Obligations, continued

- UAB should use its unique position to publish research that highlights the need for better healthcare in prisons:

  - **Emory University, 2015**
    - "Our findings help justify screening for later sequelae of injection drug use, such as hepatitis C, among correctional populations and **emphasize interventions to promote liver health**, such as alcohol treatment and **access to medications that can cure viral hepatitis.**"
    - "Our study suggests that because current and former prisoners live long enough to experience sequelae of liver disease, **they need better long-term treatments.**"

Spaulding, et. al. "A Comparison of Liver Disease Mortality With HIV and Overdose Mortality Among Georgia Prisoners and Releasees: A 2-Decade Cohort Study of Prisoners Incarcerated in 1991." *American Journal of Public Health*, vol. 105, no. 5, May 2015, pp. e51–57.

# UAB's Obligations, continued

- UAB should use its unique position to publish research that highlights the need for better healthcare in prisons:

  - **The University of Texas Medical Branch, 2011**
    - "**Environmental conditions such as crowded quarters (i.e. prisons, assisted living, etc), poverty, and limited access to healthcare**, also appear to hinder prompt diagnosis and treatment, and to facilitate development of severe and often fatal disease."
    - "The majority of the cases reviewed involved decedents that were in the care of the TDCJ [Texas Department of Correctional Justice] system at the time of death, confirming the subpopulation of **incarcerated individuals as one of the most at-risk groups for tuberculosis**."

Sbrana, Elena, et al. "Co-Morbidities Associated with Tuberculosis in an Autopsy Case Series." *Tuberculosis*, vol. 91, Dec. 2011, pp. S38–42. *Crossref*, doi:10.1016/j.tube.2011.10.008.

# Obligations of the Medical Profession

- Allen et al, 2010
  - "Prisons and jails cannot be sustained ethically or constitutionally without the support of the medical profession. In lending the good reputation of the medical profession to the work of correctional institutions in a culture of mass incarceration, physicians have placed at risk the ethical foundation of the profession itself. **To prevent this, all physicians – not just those working in prisons – must exercise their moral authority to insist upon substantial reforms relating to clinical care within the institutions.**"
- The medical profession is complicit in the U.S.'s system of mass incarceration, as prisons could not operate without medical providers. If the medical profession is to separate itself from this system, all physicians should use their position to advocate for the health and well-being of prisoners.

# Future Organ Use & Organ Return

- Any organs obtained with consent given only by a **warden/entity of the state** will be removed from the education collection.
  - Regardless of the legal status, UAB should set a higher internal standard that organs are not retained unless given with informed consent from the patient or their families
  - Until a process is created to obtain informed consent from incarcerated people or their true next of kin, their organs will not be used for educational or research purposes.
  - Private Hospital Autopsy specimens given with consent will be used for medical education.

- Dignified treatment and separate disposal are the minimum considerations for organ return and disposal
  - The NHS Human Tissue Act sets these regulations: **"1. For existing holdings that are identifiable and about which relatives are in contact, no holdings in this category should be disposed of. They should be stored until relatives feel able to make their wishes clear. 2. For existing holdings which are identifiable but are unclaimed: where contact has not been made with relatives, it is reasonable for establishments to consider whether to dispose of identifiable but unclaimed tissue."**

# Future Organ Use & Informed Consent

- The forms used within prisons should represent informed consent, including all possibilities for the use of retained organs
  - Because of the involuntary nature of their confinement, prisoners are more vulnerable to coercion regarding their consent to participate in research, thus it is important to make the process as voluntary as possible.
  - For example, prisoners and their family should be consented by a third party such as UAB, and not by prison employees.

Language should be included to minimize potential coercion and offer the right to withdraw without penalty. Examples from the **University of Virginia IRB recommendations**:

  - **"Your information will not be shared with the parole board or the prison staff. Your participation will be kept private and will not affect your parole review"**
  - **"If you decide to withdraw from the study, this information will not be shared with the parole board or with prison staff"**

# Our Proposal

- **Current organs:**
  - Organs obtained without consent from the patient or their family should be returned to family members.
    - If not possible, they should be cremated and interred properly.
  - If organs are disconnected from their records (and thus not possible to prove they were obtained with consent), they should be considered obtained without consent.
- **Future organ use:**
  - Regardless of the legal status, UAB should set a higher internal standard that organs are not retained unless given with informed consent from the patient or their families.
  - The forms used within prisons should represent informed consent, including all possibilities for the use of retained organs.

# Our Proposal, continued

- **Education:**
  - Medical students and residents should be educated about the quality of healthcare in Alabama prisons and prisoners' lack of access to care.
  - Medical students should receive a lecture before attending pathology lab in which they learn about their process for obtaining organs and any reasons for disproportionate representation by any group of people.
  - This ethical concern should be a topic of discussion in a small group setting (ex: LC meeting, PDS, etc.) for medical students' reflection on bodily autonomy, informed consent, etc.
  - Pathology residents should be taught how to discuss the use of organs from incarcerated people.
- **Research:**
  - UAB should not use data from organs obtained without informed consent in future research studies.
  - Publications from UAB's autopsy lab should accurately reflect differences in disease processes between incarcerated and non-incarcerated individuals, using this data to ensure that the benefits of research are evenly distributed among all people, regardless of their incarceration status.

# Citations

- Allen S, Wakeman S, Cohen L, Rich J. Physicians in U.S. prisons in the era of mass incarceration. International Journal of Prison Health. 2010;6(3):100–106.
- Annaheim, B., et al. "Can routine data from prisoners' files be used to estimate prevalence rates of illicit drug use among prisoners?" Int J of Public Health. 2018
- Atherton, D. S. & Reilly, S. "The Regional Autopsy Center: the University of Alabama at Birmingham Experience" Am J Forensic Med Pathol 2017
- Evans, H.M. "What's wrong with "retained organs"? Some personal reflections in the afterglow of "Alder Hey" J of Clin Path. 2001.
- Fry, S. "Experimentation on Prisoners' Remains" Am. Crim. L. Rev. (1986)
- Fuller, L., and Eves, M.M. "Incarcerated Patients and Equitability: The Ethical Obligation to Treat Them Differently" J Clin Ethics 2017.
- Lynch, M.J. "The Autopsy: Legal and Ethical Principes" Pathology. 2002.
- Madden, D. "Lessons Learnt from the Organ Retention Controversy." Radiation Protection Dosimetry 2009
- Mathew, P. , Elting, L. , Cooksley, C. , Owen, S. and Lin, J. (2005), Cancer in an incarcerated population. Cancer, 104: 2197-2204. doi:10.1002/cncr.21468
- McCleskey, B.C., et al. "The Value of Outsourcing Selected Cases in a Medical Examiner Population: A 10-Year Experience" J Forensic Science. 2017

# Citations

- Nelkin, D. & Andrews, L. "Do the Dead Have Interests: Policy Issues for Research After Life"Am J of Law and Medicine 1998
- Pentz, R.D., et al. "Ethics guidelines for research with the recently dead" Nature Medicine 2005
- Sbrana, Elena, et al. "Co-Morbidities Associated with Tuberculosis in an Autopsy Case Series." *Tuberculosis*, vol. 91, Dec. 2011, pp. S38–42. *Crossref*, doi:10.1016/j.tube.2011.10.008.
- Skene, L. "Ownership of Human Tissue and the Law" Nature Reviews. 2002.
- Spaulding, A.C., et al A Comparison of Liver Disease Mortality With HIV and Overdose Mortality Among Georgia Prisoners and Releasees: A 2-Decade Cohort Study of Prisoners Incarcerated in 1991" Am J. Public Health (2015)
- Tsujimura-Ito, T., et al "Organ retention and communication of research use following medico-legal autopsy: a pilot survey of university forensic medicine departments in Japan" J Med Ethics. 2014.
- United States Government Accountability Office, "Bureau of Prisons, Better Planning and Evaluation Could Help Ensure Effective Use of Retention Incentives: Report to the Chairman, Committee on the Judiciary, U.S. Senate." 2017. *GAO-18-147*, www.gao.gov/assets/690/688804.pdf.

# Citations

- Van Assche, K., et al. "Governing the Postmortem Procurement of Human Body Material for Research" Kennedy Institute for Ethics Journal. 2015
- Walker, R.L. et al. "Genomic Research with the Newly Dead" J Law Med Ethics 2014.
- Wu, S., Zhuo, L., et al. "Unexpected custodial death due to acute epiglottitis A rare autopsy case report" Medicine. 2018
- Zlotorzynska, M. "Retrospective cohort study of cancer incidence and mortality by HIV status in a Georgia, USA, prisoner cohort during the HAART era" BMJ Open. 2016