FILED

2024 Jan-03  PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT B**

Attendance

| | | | |
|---|---|---|---|
| Maggie  Williams | Poojitha | Grace Kennedy | Kat Baldwin |
| Alana Jones | Balakrishnan | Emma Thompson | Gill Garver |
| Rob Rosencrans | Sylvie Sontheimer | Michael Matthews | |

Summary of meeting with Dr. Reilly and Litovsky

- Consent process involving specimens in the lab DOES NOT involve the patients or their families. The prison warden provides consent and always signs for "no restrictions" on what specimens can be used for, which includes their use for research and teaching purposes.
- The pathology lab has a private contract to perform autopsies for the DOC, then uses these specimens for both research *and* teaching, but is in no way advocating for a change in health care access or quality received from the DOC.
- A disproportionate amount of pathology lab specimens used for teaching purposes are from incarcerated individuals because they have the most advanced pathology. Additionally, there have already been abstracts written by UAB Path regarding misdiagnosis rates at UAB Hospital versus the DOC including organs from incarcerated individuals. Per path lab, IRB is not required for post-mortem tissue.
- Meeting felt informative but, at some point, it felt like we "hit a brick wall." It did not seem that people from the path lab thought anything happening was unethical. It seemed like they thought *students* were concerned that pathology practices were illegal, and wanted to emphasize that their practices are legal. Additionally, their biggest concern seemed to be that their residents may have been rude in how they talked about incarcerated individuals to medical students, rather than being concerned about the use of organs obtained without consent.
- Per path lab, some organs have been in use for so long they are no longer associated with a record. I.e. number connecting them to patient file has been lost.

Summary of major issues
Absence of informed consent
Organs without records
Research ethics
Legal status
Education

Goals for change

- In research ethics
    - Dr. Nakano input would be needed
    - Is it unethical?
    - Prisoners are protected class
    - Understand goal of research
        - What is the differential rate of missed diagnoses?
    - How are they explaining and contextualizing differences?
    - How does this goal (of publication) mesh with their stated lack of interest in advocacy?

- - They benefit from publishing but aren't interested in advocacy
  - o They are very unclear on the algorithm which sends patients to UAB path?
- In absence of informed consent
  - o Current organs
    - Largely agree they should returned or incinerated and buried, incorporated into donor ceremony at garden for anatomical donor program
    - Need to hear from bioethicist on what the differences are between organs and whole cadavers
    - If organs are unlabeled, no way to verify consent, these ethically fall under the same constraints as organs known to be retained without consent
  - o Future organs
    - Minimum is that autopsy report should reflect that tissue was retained, even if nothing else changes
    - Higher internal standard-need to communicate to family with truly informed consent PRIOR to retaining specimens
    - Default should be to assume not to retain specimen, without informed consent
    - Prison intake forms exhibit informed consent for autopsy and research
- In legal status
  - o Dr. Hoesley and Harada well poised to address
- In education:
  - o Need to get residents to communicate the lack of agency in care and disease state (i.e. patients did not do this to themselves, avoid blaming)
  - o Fellow students don't see ethics of organ snatching as problematic, need to work on sensitizing students, add topic to LC meeting, lecture in PDS
  - o Need better intro to pathology program, the donor organs, etc
  - o Need better coverage of prison disparity, esp if organs are to remain in the lab
  - o Improve resident training for covering these topics
  - o Education is secondary to other topics?

Moving forward
Meet with Dr. Nakano, then with Dr. Harada, before end of the semester
Find abstract from the research they have done