FILED
2024 Jan-03 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT C**

November 26, 2018
Meeting with Administration

<u>Internal Agenda</u>

- **Thank administration for coordinating a lunch so we can discuss this issue further**
- **Update from meeting with ethics committee**
    - Meeting was unproductive
        - Medical students were told we would only introduce the issue; we were not prepared to defend our position.
            - There was an evident power dynamic between 2 medical students and 12 MDs, PhDs, and lawyers.
        - No ethics committee member presented outside research; only information from medical students and educators was presented, prompting concern that due diligence was not given to the issue.
        - Data from autopsy department was provided by members of the autopsy department and was not double-checked by the ethics committee.
        - Students were accused of being "inflammatory" and comparing our educators to "criminals."
        - An educator made an openly racist remark that went unrebuked.
- **Our concerns are unresolved**
    - Considerations for SOM administration
        - Release ethics decision to all students, allowing them to make an informed decision about attending sessions at the autopsy lab
            - Autopsy lab stated they are no longer including incarceration status in patient vignettes because of students' ethical concerns
            - Students unable to make an informed decision otherwise
        - Ensure all educators uphold UABSOM's commitment to "creating an inclusive environment that values differing perspectives and experiences" (UABSOM Mission Statement).
    - Where do we go from here?
        - Students feel we have exhausted our options
            - Are there options administration can pursue within the institution?
            - Should we consider routes outside the institution?