I, Charlene Drake, declare:

1. I am a resident of Alabama. I make this declaration based on personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. I am the daughter of Charles Edward Singleton (AIS: 291370), DOB: 2/27/1947. Charles died on November 2, 2021, at Regional One Health in Memphis, Tennessee. Charles was incarcerated by the Alabama Department of Corrections ("ADOC") at his time of death, and was housed at Hamilton Aged & Infirm ("Hamilton") prior to receiving care at outside hospitals before his death.

3. The Chaplain of Hamilton, David Smith, called me on November 2, to tell me that my father Charles had died. Chaplain Smith said that ADOC could take care of the burial arrangements. I told him absolutely not, and that we wanted to claim the body.

4. I was never contacted by the Warden of Hamilton.

5. On November 3, 2021, the Department of Pathology at the University of Alabama Hospital for The University of Alabama at Birmingham ("UAB") received Charles's body to conduct an autopsy. UAB completed an Outreach

Autopsy Provisional Report on November 3, 2021 at 19:01 CDT, signed by Stephanie Reilly, MD.

6. My family requested that Charles's body be sent to the funeral home of our choosing, Usrey Funeral Home, 21271 US Hwy 231 N., Pell City, Al 35125 (the "Funeral Home"). Jared Cooper is the Funeral Director at the Funeral Home.

7. My family requested from Mr. Cooper that we have a viewing for Charles prior to his burial. Mr. Cooper advised that it would be difficult to prepare his body for viewing, as his body was already in a noticeable state of decomposition characterized by advanced skin slippage.

8. On or around November 8, 9 or 10, I, my mother Darlene Marie Singleton, and my daughter Crystal Drake Trammell went to the Funeral Home to inspect Charles's body. Mr. Cooper informed us that there were no organs in the body. He said normally the organs are in a bag placed back in the body after an autopsy, but Charles had been brought to the Funeral Home with no internal organs. His brain had also been removed. According to Mr. Cooper, he still had his eyes, but all other organs were gone.

9. My daughter Crystal called UAB after we got home from the Funeral Home. She spoke with a ward attendant about why the organs had been removed and

asked for the organs to be returned so that Charles could be buried with them. The ward attendant suggested calling Brice Johnson on the Pathologist staff at 205-934-9844. My family left voicemails but were never called back. We were never provided an explanation of where his organs are.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 3, 2024

DocuSigned by:

*Charlene Drake*
97C9359B055044D...

Charlene Drake