IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AUDREY DOTSON, *et al,*, <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-01657-MHH <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATION, P.C., UNIVERSITY OF ALABAMA SYSTEM, UNIVERSITY OF ALABAMA AT BIRMINGHAM HEALTH SYSTEMS, UNIVERSITY OF ALABAMA AT BIRMINGHAM HEERSINK SCHOOL OF MEDICINE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in this action voluntarily dismiss without prejudice their claims against Defendants University of Alabama Health Services Foundation, P.C., University of Alabama System, University of Alabama at Birmingham Health Systems, University of Alabama at Birmingham Heersink School of Medicine (the "UAB Defendants"), which have not served an answer or motion for summary judgment. Counsel for Plaintiffs represents that she conferred with counsel for UAB Defendants, and UAB Defendants do not oppose this dismissal.

DATED: <u>January 19, 2024</u>                Respectfully submitted,

*/s/ Lauren Faraino*

LAUREN FARAINO (SBN 8098C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216

                    Telephone: (205) 737-3171
                    Email: lauren@farainollc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Defendants.

Respectfully submitted,

<u>/s/ Lauren Faraino</u>

LAUREN FARAINO (SBN 8098C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for Plaintiffs*
