

FILED

2024 Mar-13  PM 07:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AUDREY MARIE DOTSON, in her
Personal Capacity and in her Capacity as the
Personal Representative of the Estate of
BRANDON CLAY DOTSON, and
AUDREY SOUTH, in her Personal
Capacity and her in her Capacity as the
Personal Representative of the Estate of
BRANDON CLAY DOTSON,

     Plaintiff,

vs.

UNIVERSITY OF ALABAMA SYSTEM,
UNIVERSITY OF ALABAMA HEALTH
SERVICES FOUNDATION, P.C.,
UNIVERSITY OF ALABAMA AT
BIRMINGHAM HEALTH SYSTEMS,
UNIVERSITY OF ALABAMA AT
BIRMINGHAM HEERSINK SCHOOL OF
MEDICINE, et al.,

     Defendants.

CASE NO. 2:23-cv-01657-MHH
UNOPPOSED

## JOINT STIPULATION OF DISMISSAL OF UAB

The Parties, by and through undersigned counsel, jointly stipulate and agree to the dismissal of Defendants the Board of Trustees of The University of Alabama (the "Board") (incorrectly named in the Complaint as University of Alabama System and University of Alabama at Birmingham Heersink School of Medicine), the University of Alabama System, and University of Alabama Health Services

Foundation ("HSF") (hereinafter referred to collectively as "UAB") WITHOUT prejudice from the above-captioned and numbered action.

Respectfully submitted this <u>13th</u> day of March 2024.

<u>/s/ Lauren Faraino</u>
Lauren Faraino, Esq.
FARAINO LLC
2647 Rocky Ridge Lane
Birmingham, AL 35216
lauren@farainollc.com
*Lead Attorney for Plaintiffs*

<u>/s/ Dustin J. Fowler</u>
Dustin J. Fowler, Esq.
P.O. Box 1193
Dothan, AL 36301
dustinjfowler@hotmail.com
*Attorney for Plaintiffs*

<u>/s/ Michael G. Strickland</u>
Michael G. Strickland, Esq.
STRICKLAND & KENDALL, LLC
2740 Zelda Road, Suite 500
P.O. Box 99 (36101)
Montgomery, AL 36106
mgs@jurytrial.us
*Attorney for Plaintiffs*

<u>/s/ David R. Mellon</u>
David R. Mellon, Esq.
Spencer A. Kinderman, Esq.
UNIVERSITY OF ALABAMA SYSTEM
UAB Office of Counsel
1720 2nd Avenue South
Suite AB 820
Birmingham, AL 35294-0108
drmellon@uasystem.edu
skinderman@uasystem.edu

*Attorneys for University of Alabama System, University of Alabama Health Services Foundation, P.C., University of Alabama at Birmingham Health Systems, and University of Alabama at Birmingham Heersink School of Medicine*

/s/ Jay Ezelle
Jay Ezelle, Esq.
George E. Newton, II, Esq.
Averie Armstead Jones, Esq.
STARNES DAVIS FLORIE, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Tel.: (205) 868-6000
jezelle@starneslaw.com
gnewton@starneslaw.com
ajones@starneslaw.com
*Attorneys for University of Alabama System, University of Alabama Health Services Foundation, P.C., University of Alabama at Birmingham Health Systems, and University of Alabama at Birmingham Heersink School of Medicine*

/s/ Cameron Wayne Elkins
Cameron Wayne Elkins, Esq.
Hunter Sims, Esq.
Tara Smelley Hetzel, Esq.
OFFICE OF THE ATTORNEY GENERAL – ALABAMA
Civil Division
501 Washington Avenue
Montgomery, AL 36104
generalcivil@alabamaag.gov
Tara.Hetzel@alabamaag.gov
*Attorneys for Alabama Department of Corrections, John Q. Hamm, Greg Lovelace, Supervising Officers 1-10, Correctional Officers, and Karen Williams*

/s/ Philip G. Piggott
Philip G. Piggott, Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
1901 6th Avenue North, Suite 1000
Birmingham, AL 35203
ppiggott@rushtonstakely.com
*Attorney for CHS AL, LLC and YESCARE Medical Staff*

*/s/ Marcus Bass*
Marcus Bass, Esq.
ALABAMA DEPARTMENT OF FORENSIC SCIENCES
P.O. Box 3510
Auburn, AL 36831-3510
marc.bass@adfs.alabama.gov
*Attorney for Alabama Department of Forensic Sciences*