IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUDREY MARIE DOTSON, et.al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALABAMA DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) | CASE NO. 2:23-cv-01657-MHH <br> UNOPPOSED |

## JOINT STIPULATION OF DISMISSAL

The Parties, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate and agree to the dismissal of this above-captioned and numbered action WITHOUT prejudice, with each party bearing their respective attorneys' fees and costs.

Respectfully submitted this 1 day of April, 2024.

*/s/ Lauren Faraino*
Lauren Faraino, Esq.
FARAINO LLC
2647 Rocky Ridge Lane
Birmingham, AL 35216

lauren@farainollc.com
*Lead Attorney for Plaintiffs*

*/s/ Dustin J. Fowler*
Dustin J. Fowler, Esq.
P.O. Box 1193
Dothan, AL 36301
dustinjfowler@hotmail.com
*Attorney for Plaintiffs*

*/s/ Michael G. Strickland*
Michael G. Strickland, Esq.
STRICKLAND & KENDALL, LLC
2740 Zelda Road, Suite 500
P.O. Box 99 (36101)
Montgomery, AL 36106
mgs@jurytrial.us
*Attorney for Plaintiffs*

*/s/ Cameron Wayne Elkins*
Cameron Wayne Elkins, Esq.
Hunter Sims, Esq.
Tara Smelley Hetzel, Esq.
OFFICE OF THE ATTORNEY GENERAL – ALABAMA
Civil Division
501 Washington Avenue
Montgomery, AL 36104
generalcivil@alabamaag.gov
Tara.Hetzel@alabamaag.gov
*Attorneys for Alabama Department of Corrections, John Q. Hamm, Greg Lovelace, Supervising Officers 1-10, Correctional Officers, and Karen Williams*

*/s/ Philip G. Piggott*
Philip G. Piggott, Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
1901 6th Avenue North, Suite 1000
Birmingham, AL 35203
ppiggott@rushtonstakely.com
*Attorney for CHS AL, LLC and YESCARE Medical Staff*

*/s/ Marcus Bass*
Marcus Bass, Esq.
ALABAMA DEPARTMENT OF FORENSIC SCIENCES
P.O. Box 3510
Auburn, AL 36831-3510
marc.bass@adfs.alabama.gov
*Attorney for Alabama Department of Forensic Sciences, Angelo Della Manna*